UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES L RAFFERTY JR., <br><br>                    Plaintiff, <br><br>        -against- <br><br> JUDGE LAURA TAYLOR SWAIN, <br><br>                    Defendant. | 25-cv-8815 (KMW) <br><br> CIVIL JUDGMENT |

For the reasons stated in the November 5, 2025, order, this action is dismissed under the doctrine of judicial immunity, as frivolous, for failure to state a claim on which relief may be granted, and for seeking monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B)(i), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 10, 2025
         New York, New York

                                        /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                                        United States District Judge